# THE LARUSSO LAW FIRM, PLLC
## ATTORNEYS AT LAW
## 666 OLD COUNTRY ROAD
## SUITE 501
## GARDEN CITY, NEW YORK 11530

Telephone No. (516) 248-3520
Facsimile No. (516) 683-6410

July 26, 2024

*Electronically Filed*

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Quandelle Joseph
                Criminal Docket No. 23-306(DLI)

Dear Judge Irizarry:

      Yesterday I was out of the office on a personal matter when the Court ordered forthwith a letter regarding objections to the Pre-Sentence Report ("PSR"). I am truly sorry for non-compliance with the Court's rules and submit this letter regarding our objections to the PSR.

      In our sentence memorandum, we contested the factual assertion in PSR ¶8 of the Offense Section relating to my client's relationship with Inmate-1. Mr. Joseph acknowledges agreeing to smuggling contraband into the MDC in exchange for $12,000 but denies either receiving the money or delivering contraband to Inmate-1 into the prison. The relevant portion of our sentence memorandum dealing with this objection is on pages 4-6, and with the Court's indulgence, we are attaching the redacted version of our submission as **Exhibit 1**.

      Our second objection relates PSR ¶ 17, the guideline enhancement pursuant to U.S.S.G. §2C1.1(b)(3) for Mr. Joseph being a public official in a sensitive position. Again, with the Court's indulgence, we are submitting the relevant portion of our sentencing memorandum dealing with this enhancement on pages 9-12 in our redacted submission as **Exhibit 1**.

A copy of this letter will be e-filed and emailed to the Clerk of the Court and the U.S. Probation Department, with a hard copy mailed to the Court. I apologize for failing to adhere to the Court's rules.

Respectfully submitted,

Robert P. LaRusso

cc: Clerk of the Court
(ecf)

Philip Pilmar
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(via ecf and email to philip.pilmar@usdoj.gov)

Gregory Giblin
U.S. Probation Officer
Eastern District of New York
(by email to gregory.giblin@nyep.uscourts.gov)