Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States

v.

Quandelle Joseph

Docket No.: 23-cr-306

Hon. Dora L. Irizarry
(District Court Judge)

Notice is hereby given that __Quandelle Joseph__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] __in a criminal case__ (specify) entered in this action on __July 31, 2024__ (date).

This appeal concerns: Conviction only [ ]  Sentence only [✔]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✔]  No [ ]  N/A [ ]

Date of sentence: __July 30, 2024__   N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [✔]  N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Robert P. LaRusso
Counsel's Address: 666 Old Country Road, Suite 501
Garden City, NY 11530
Counsel's Phone: 516-248-3520

Assistant U.S. Attorney: AUSA Philip N. Pilmar
AUSA's Address: 271-A Cadman Plaza East
Brooklyn, New York 11201
AUSA's Phone: 718-254-6106

*[signature]*
Signature